IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RICARDO NIEVES | : | CIVIL ACTION |
| V. | : | |
| THE HOME DEPOT, USA, INC. | : | NO. 14-cv-02544 |
| AND | : | |
| KRT PROPERTY HOLDING, LLC | : | |
| AND | : | |
| FERRANDINO & SON, INC. | : | |
| AND | : | |
| SEAROCK LAWN CARE | : | |

## PRAECIPE TO TERMINATE CIVIL ACTION AGAINST DEFENDANTS, KRT PROPERTY HOLDING, LLC, FERRANDINO & SON, INC. AND SEAROCK LAWN CARE, ONLY

TO THE CLERK OF COURT:

This civil action was initially filed in the Court of Common Pleas of Philadelphia County and was titled *Ricardo Nieves and Melinda Rodriguez v. The Home Depot, USA, Inc. and KRT Property Holding, LLC and Ferrandino & Son, Inc. and Searock Lawn Care, May Term, 2013, No. 03041.* By a Stipulation dated April 8, 2014, the parties stipulated to dismiss Defendants, KRT Property Holding, LLC and Ferrandino & Son, Inc. and Searock Lawn Care leaving only Defendant, The Home Depot, USA, Inc., as a Defendant. A copy of the Stipulation of Dismissal is attached hereto and marked Exhibit "1".

Shortly after the dismissal of the above-named Defendants, the remaining Defendant, The Home Depot, USA, Inc., removed the civil action to the United States District Court for the Eastern District of Pennsylvania. Prior thereto, the three (3) released Defendants had filed Answers to the Civil Action Complaint.

Please terminate this civil action as it applies to Defendants, KRT Property Holding, LLC, Ferrandino & Son, Inc. and Searock Lawn Care, **ONLY.**

All claims asserted by Plaintiff and against the sole Defendant, The Home Depot, USA, Inc., shall continue.

s/s Daniel E. Kleiner, Esquire
Attorney for Plaintiff
Metzger & Kleiner
Two Penn Center, Suite 1204
1500 JFK Boulevard
Philadelphia, PA 19102
215-567-6616
