# METZGER & KLEINER
## Attorneys at Law

Lawrence G. Metzger
Daniel E. Kleiner

Of Counsel
Robert K. Amron * **
Harris J. Sklar

* Also Member of NJ Bar
**Also Member of Florida Bar

Two Penn Center, Suite 1204
1500 John F. Kennedy Boulevard
Philadelphia, PA 19102-1751

Phone: 215-567-6616/Fax: 215-561-6326

Lehigh Valley Office
137 North Fifth Street
Allentown, PA 18102
610-435-7400
Toll Free: 866-847-4170

**Reply to Philadelphia Office**

January 14, 2015

The Honorable Jeffrey L. Schmehl
United States District Court
for the Eastern District of Pennsylvania
The Madison Building, Suite 401
400 Washington Street
Reading, PA 19601

RE: Ricardo Nieves v. The Home Depot, USA, Inc. and KRT Property Holding, LLC and Ferrandino & Son, Inc. and Searock Lawn Care
United States District Court for the Eastern District of PA, No. 14-CV-02544

Dear Judge Schmehl:

This case originated in the Court of Common Pleas of Philadelphia County. Discovery was conducted and subsequent thereto, three parties were dismissed from the action, leaving only the Defendant, The Home Depot, USA, Inc. Thereafter, The Home Depot, USA, Inc. removed the case to Federal Court.

Your Honor ordered that discovery would conclude on December 22, 2014. Thereafter, I filed a Praecipe to have the case listed for Arbitration. After hearing nothing with regard to my Praecipe, I contacted the Clerk of Courts and was advised that I had to file another document which would effectively terminate the claims against the previously released parties. I was instructed to contact your Honor once that had been accomplished.

I have filed the necessary termination documentation with regard to the previously released parties as instructed. I am now writing your Honor to respectively request that this matter be scheduled for Arbitration.

Respectfully yours,

DANIEL E. KLEINER

DEK/sf