IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RICARDO NIEVES and MELINDA RODRIGUEZ, h/w, | |
| Plaintiffs, | CIVIL ACTION |
| v. | NO. 14-2544 |
| THE HOME DEPOT. USA, INC., | |
| Defendant. | |

## **O R D E R**

AND NOW, this 19th day of March, 2015, it having been reported that the above captioned caption has been settled and upon Order of the Court pursuant to the provisions of Rule 41.1(b) of the Local Rules of Civil Procedure of this Court,

IT IS HEREBY ORDERED that the above captioned action is dismissed with prejudice, pursuant to agreement of counsel without costs.

MICHAEL E. KUNZ, Clerk of Court


BY: */s/ Barbara A. Crossley*
Barbara A. Crossley,
Deputy Clerk to Judge Schmehl